KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska   99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov
Alaska Bar No. 8209092

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOREEN PALLAS,<br><br>    Plaintiff,<br><br>v.<br><br>CORDOVA COMMUNITY<br>MEDICAL CENTER, owned and<br>operated by THE CITY OF<br>CORDOVA,<br><br>    Defendant/Third-Party Plaintiff. | **Case No. 3:13-cv-_____**<br><br>**NOTICE OF REMOVAL** |

| | |
|---|---|
| CORDOVA COMMUNITY MEDICAL CENTER, | ) Case No. 3:13-cv-_____ |
| Third-Party Plaintiff, | ) ) ) ) |
| v. | ) **NOTICE OF REMOVAL** ) |
| NATIVE VILLAGE OF EYAK, d/b/a ILANKA HEALTH CENTER, PHILLIP HESS, MD, and JOAN PHILLIPS, | ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

The United States, via counsel, notifies this Court of the removal of this action from the Superior Court for the State of Alaska. The notice is based on the following:

1. Plaintiff Loreen Pallas filed a Complaint in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, alleging tort claims against Defendant/Third-Party Plaintiff Cordova Community Medical Center ("CCMC"), Case No. 3AN-13-04935 Civil ("the State Action"). CCMC has filed an Amended Answer and Third-Party Complaint against the Third-Party Defendants in the State Action alleging that the Third-Party Defendants may be at fault and liable for apportionment of liability and damages for the Plaintiff's alleged injuries and claims. A copy of the Amended Answer and Third-Party Complaint is attached with this Notice of Removal.

2. The U.S. Attorney for the District of Alaska, Karen L. Loeffler, has certified that with respect to the allegations of the Third-Party Complaint, the Third-Party Defendants Phillip Hess, MD, and Joan Phillips are deemed to be employees of the federal government

for purposes of the Federal Tort Claims Act, 28 U.S.C. §§ 2671-80. U.S. Attorney Loeffler has further certified that, with respect to the allegations in the Third-Party Complaint regarding the Third-Party Defendants' alleged actions as medical providers for the Native Village of Eyak d/b/a the Ilanka Community Health Center, Third-Party Defendants Phillip Hess and Joan Phillips were acting within the scope of their federal employment for purposes of certification and removal under the FTCA, 28 U.S.C. § 2679(d)(2). Thus, CCMC's Third-Party Complaint against the Third-Party Defendants is deemed to be an action against the United States under the FTCA. 28 U.S.C. § 2679(d)(1). The U.S. Attorney's Certification is filed concurrently with this Notice of Removal.

3. The remedy provided by the FTCA for tort claims against the United States is the exclusive remedy, and this Notice of Removal is brought pursuant to 28 U.S.C. §§ 2679(b)(1), 2679(d)(2).

4. A Notice of Filing Removal of a Civil Action, together with a copy of this Notice of Removal, is being filed in the Superior Court for the State of Alaska, where the State Action is pending.

RESPECTFULLY SUBMITTED September 23, 2013, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
Attorney for United States

CERTIFICATE OF SERVICE
I hereby certify that on September 23, 2013,
a copy of the foregoing was served electronically
on:

Charles W. Coe
David Shoup

<u>s/ Gary M. Guarino</u>

*Pallas v Cordova v. Eyak, et al.;*     4
3:13-cv-_____