**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

LOREEN PALLAS,
        Plaintiff,

v.

UNITED STATES OF AMERICA,
CORDOVA COMMUNITY MEDICAL
CENTER, owned and operated
by THE CITY OF CORDOVA,
        Defendants.

Case Number 3:12-cv-00122-HRH
(Consolidated with No. 3:13-cv-00185-HRH)

**JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT plaintiff's complaint against Cordova Community Medical Center, owned and operated by the City of Cordova, is hereby dismissed with prejudice. Cordova Community Medical Center's third-party complaint is moot and is therefore also dismissed.

APPROVED:

/s/H. Russel Holland
H. RUSSEL HOLLAND
United States District Judge

Date: October 17, 2014

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Marvel Hansbraugh
Marvel Hansbraugh,
Clerk of Court

[312cv122HRH-CCMC judgment.wpd]{JMT2.WPT*Rev.3/03}